UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

Joshua Darel Edwards

Debtor,

Essilor Labs of America, Inc. dba ELOA dba
Southern Optical

Plaintiff

VS:

Joshua Darel Edwards

Defendant.

Chapter 13 Case No:
15-60395-EJC

Adversary Proceeding No.:

PLAINTIFF'S COMPLAINT FOR EXECEPTION TO DISCHARGE

Now comes Essilor Labs of America, Inc. dba ELOA dba Southern Optical, an unsecured creditor

of the above-captioned Defendant, and states its complaint against the Defendant as follows:

1.      This adversary proceeding is brought in connection with the Defendant's case under

Chapter 13 Case Number 15-60395-EJC now pending in this Court. This Court has jurisdiction over this

adversary proceeding pursuant to 28 US CA § 157, 1334 and 11 US CA § 727. This is a core proceeding

under 27 US CA § 157 (b) (2) (I).

2.      The Plaintiff is an unsecured judgment creditor of the Defendant. The Defendant remains

indebted to the Plaintiff for damages in the principal amount of Twenty Nine Thousand Four Hundred and

Ninety Dollars and fifty six cents ($29, 490.56); interest to accrue on the unpaid principal at the rate of 15

per cent per annum beginning December 22, 2011 and continuing until the entire debt is paid in full;

attorney's fees of Two Thousand Five Hundred Dollars ($2,500.00); together with Court costs. Reference

is hereby made to that order for judgment entered in favor of the Plaintiff and against the Defendant in the

Superior Court for Toombs County in Civil Action Case Number 12-CV-805.

3.      The Defendant's indebtedness to the Plaintiff arises from an application for credit, dated

on or about December 15, 2009, in which the Defendant falsely represented that he was authorized to apply for credit and services on behalf of Darel C. Edwards, PC dba Vidalia Eye Center. The representation was false, known by the Defendant to be false, and made by the Defendant with the intent to deceive the Plaintiff. The Plaintiff reasonably relied upon the application and extended to the Defendant goods and services on credit.

4.      The Defendant had no authority to apply for credit on behalf of Darel C. Edwards, P.C. The Defendant utilized the newly created credit account to obtain goods and services from the Plaintiff which he then diverted for his own purposes. Subsequently the Plaintiff was advised that the charges were never authorized by Darel D. Edwards, P.C. Due demand for reimbursement was made to Defendant. Defendant has failed to pay the balance and offered no explanation for his failure to pay.

5.      Because of the false representations made by the Defendant with the deliberate intent to mislead the Plaintiff and because of his use of statements in writing that he knew were incorrect the debt owed the Plaintiff by the Defendant should be excepted from discharge pursuant to 11 USCA 523 (a) (2).

WHEREFORE, Plaintiff prays this Court to issue an order excepting from discharge the debt owed by the Defendant to the Plaintiff and to award the Plaintiff additional amounts for the cost incurred in this adversary proceeding and for such other and further relief as this Court deems appropriate and proper.

/s/ Jeffrey M. Butler
Jeffrey M. Butler
Woodard and Butler
Attorneys for the Plaintiff
561 Greene Street
Augusta, GA 30901
706-724-7600
State Bar No. 099644

November 9, 2015